## IN THE SUPREME COURT OF PENNSYLVANIA

IN RE: REASSIGNMENT OF JUDGE OF : No. 347 Common Pleas Judicial
THE COURT OF COMMON PLEAS OF : Classification Docket
THE FIRST JUDICIAL DISTRICT OF :
PENNSYLVANIA :
:

## O R D E R

**PER CURIAM:**

AND NOW, this 19th day of January, 2018, upon consideration of the Petition of Sheila Woods-Skipper, President Judge of the Court of Common Pleas of the First Judicial District of Pennsylvania, for the reassignment of a Judge to a division of the court, it is hereby ORDERED that the Petition is granted and the following reassignment is approved:

From the Family Division to the Trial Division

The Honorable Lori A. Dumas